[No. 14279-8-I.   Division One.   May 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
M. SCHWEDAS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00451-7, John F. Wilson, J., entered October 28, 1983. *Reversed* and *remanded* by unpublished opinion per Corbett, C.J., concurred in by Coleman and Grosse, JJ.

[No. 13257-1-I.   Division One.   May 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY
RAY BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-02656-1, Frank H. Roberts, Jr., J., entered May 18, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Corbett, C.J., and Swanson, J.

[No. 14415-4-I.   Division One.   May 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WALLACE
TENNIS OLSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-02981-1, Gary M. Little, J., entered February 3, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Williams, JJ.